**FILED**

**AUG - 1 2023**

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**CAPE GIRARDEAU**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:23CR111SNLJ-ACL |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| AVERYOUN QUENTEZ LANE, | ) | Title 18, U.S.C. § 922(o) & (a)(1)(A) |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

## COUNT I

**THE GRAND JURY CHARGES THAT:**

On or about July 3, 2023, in Scott County, Missouri, within the Southeastern Division of the Eastern District of Missouri, **Averyoun Quentez Lane**, the defendant herein, knowingly and unlawfully transferred a machine gun, namely a Glock Model 27, .40 caliber pistol with an installed "Glock switch" machinegun conversion device, which is a combination of parts designed and intended for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(0), and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT II

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about July 3, 2023, until on or about July 11, 2023, in Scott County, Missouri, within the Southeastern Division of the Eastern District of Missouri, **Averyoun Quentez Lane**, the defendant herein, not being a licensed firearms importer, manufacturer or dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully

engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A), and punishable under Title 18, United States Code, Section 924(a)(1)(D).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g) as set forth above, the defendant(s) shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation(s).

2. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
Foreperson

SAYLER A. FLEMING

United States Attorney

_____
Tim J. Willis, # 62428MO
Assistant United States Attorney